UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FREDY D. MARMOL VALLEJO,

    Petitioner,

v.                                        Case No.   5:24-cv-117-MSS-PRL

WARDEN, FCC COLEMAN LOW,

    Respondent.
_____

ORDER

Fredy Donaldo Marmol Vallejo petitions (Doc. 1) under 28 U.S.C. § 2241 for the writ of habeas corpus. Marmol Vallejo fails to pay the filing fee and fails within thirty days after his petition to move to proceed as a pauper. (Doc. 4 at 1–2). Under 28 U.S.C. § 1914(a) and Local Rule 6.04(a), this action is **DISMISSED WITHOUT PREJUDICE**. The **Clerk** is directed to **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Tampa, Florida, on May 10, 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to: Unrepresented Party